UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No.  1:21-cr- |
| ) | |
| SOLOMON YARTEH ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 21st day of June, 2021.

This 21st day of June, 2021.

JOHN J. FARLEY
Acting United States Attorney

By: /s/ Alexander S. Chen
     Alexander S. Chen
     Special Assistant U.S. Attorney

WARRANT ISSUED: _____